IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Tony Lamar Pinkard Sr, )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )    CIVIL ACTION NO. _____
 )    (To be supplied by Clerk of U.S. District
Adam Melton )    Court)
Donald Truitt )
Benard Dean )    3:07CV735 – WKW
 )
 )
 )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED
2007 AUG 16 A 9:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.   PREVIOUS LAWSUITS
  A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒   No ☐

  B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

  C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit:

     Plaintiff(s) Tony Lamar Pinkard Sr,

     Defendant(s) Adam Melton, Donald Truitt, Benard Dean,

   2.   Court (if federal court, name the district; if state court, name the county)
     The Middle District

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _It was pending to go to trials from the last I heard_

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Roanoke City Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Cell Block In the City Jail._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _On July 19, 2007 In Randolph County Roanoke City Jail._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Denying I Tony Pinkard to take a shower for four day not keeping up my personal Hygine_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Jail monestering Cameras will show on July 19 Tony slip and fael coming out of the shower hurt his Back. Was put in a holding cell for it and was refused A shower you will see when the Let him come back in the cell block to take a shower this is facts and is true

GROUND TWO: Throwing away Legal Mail that is going to Middle District Court. There was Three Letters sent to this court through the City of Roanoke they through them away This Letter you recived was sent out By and Inmate that go out

SUPPORTING FACTS: Inmate _____ is a witness that will testafie in court that he had to sneek the letter out to mail it and other witness will testafie that the other letters was not mailed to the court.

GROUND THREE: Discrimanation on Color

SUPPORTING FACTS: Check Roy Brown Court Documents Three FTA Dismist all. Ray Sodd to mandtory time Let him out with out paying. Michale Honles mandtory time Let him out with Other County's have holds on him and they know it. Patrick Avery FTA Let him out because he worked for the City of Roanoke. Tammy she had Doctor Bills Let her go without Paying them. Jeffery naly Let him go with out paying any thing. Check all court Documents will suport my facts. Letting just white guys go out to work off there fines but not the Black

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want this court to give me Appointment of Council And I want them to pay for Denying me a Shaver four Days, Or fired from this JOB !!! It crole and wrong talking or both is a right not a privelege.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 13th 2007___
              (Date)

_____
Signature of plaintiff(s)

Torylama Pinkard Sr.
30 West Point Street
Roanoke, Alabama 36274

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Official Business

Legal Mail

The Cheif of Roanoke City Police Department told me the he was not going to give me a copy of a Damn thing. Because this complaint is on him and some of his officers. He wooddn't let no one give me copies of my Account Records.

I ask this Court to Apoint me A Councel. I need A Lawer because this case will be to much for me to handle. I realy need further assistance with this. Thank you very much

Sincerely,
Tony Lamar Pritchard Sr.

Dear Mrs. Charlotte Clark

How are you doing And God Bless you. My name is Tony Lamar Pinkard I Am writing you because of how Roanoke City Jail Officers is treating Inmates. On July 19, 2007 I fell coming out of the Shower I was put in a Cell with a hurt Back couldn't walk or stand up. I was refused Showers for four Day by the Chief of Roanoke Adam Melton These are the officers who voilated our rights.

Bernard Dean
Donald Truitt
Officer Grant
Adam Melton
Brandon Truitt

There is more officers involed with voilating Inmates rights. There are Inmates got the Same charges and one will do Six months and the other will do 30 days. There is one guy just got out of prison for felony DUI and got another 2 maths taters he did about two months and had to pay no money to get out. But I got a bad Check but I have a FTA I got to pay money before I get out I'm black but the other guy

Is white. I won't tell them nothing but he would. Its there Job to be a police not mine they get payed I don't. I respect the law ontile they Disrespect me. And violeting my right I will put the paper work to use. They had four Blacks guys going out to the Hospital working some one said somting and they stop all blacks from going out but the white guys is Still going out, working and they are doing the same thing the blacks are doing seeing there Fanily and talking on the Phone one of the white guys has his own personal Phone. Thats not right. They still go out but the Blacks don't because of He say She say Stuff. Blacks has took enough of abuse in the old day now is a time to stop it this is 2007. Im not Laying down to any Cope or white person. Im Asking In GOD's name that you help us, The people that go to the ER or Doctor they tell us we got to pay for the Doctor or The ER visit. we are in their Custody they are respogible for every Inmate thats in this Jail. I ASK that you come talk to all of us Inmates ASAP. I have sent Legal mail out and They through it away The Cheif to Me I can't have Legal Mail back here in Jail. Thats my right. I wrote to Montgomery Post Office Box 711 36101 Monday 23, 2007

It don't take them but two day to write back, I know. It is a lot of Discrimination going on in this Jail, on the Black people. Mrs. Charlotte I Ask you to Please come talk to us. One more thing I know for a fact The Chaif wife cousin got Lock up Last Friday For A DUI the Police Called Adam Melton he Stayed two hours and was Let go I got witnesses. It was one got Came to Jail For a FTA and was Let go with out paying nothing But I got to pay $500.00 Cash before I get out its not right. only because he know Adam melton, and Officer Grant. There is this other Guy named Ray he is white he was going to the Highschool Asking People for money and Something to Smoke they Lock him down for two days and he went back out to work and he is the one had the DUI and got out Sunday the 22nd of July. without paying any money. This happend two times with Ray but he went back out to work when the black guy is Steal Lock down and cant go back out to work. Shawn Barker is having bad medical problems and they are not getting him the proper medical treatment he needs. He has heart trouble and a bad back and a big knot on his Left Leg they will not do any thing for him. We need Some help from Some one who can do Some

The Police took this White Girl to the ER that have been Sick. But they did not Put here in a holding cell for 48 hours. But they Put Shawn Buller and I Tony Pinkard in a holding Cell for 48 hours but I Tony Pinkard Stay Longer then that because I Sent a letter to Montgomery And they got mad. I think And belive you treate all Inmates the Same nomatter black or white, But I ASK you In GOD'S name Will you Please Come talk to us Inmate's about how were being treated in this Jail. All our rights are being voilated by all officers, I belive In you Mrs. Charlotte your the only one that Can help us Please Come See us As Soon As posible Monday If you Can I Ask you to put a Add in the News Paper how we are being treated.

GOD Bless
Tony Lamar Pinkard