**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Benard Dean
ROANOKE CITY JAIL
30 West Point Street
Roanoke, AL 36274

07cv735-Smp+op

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DEREK FARR
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 7873

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540