IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TONY LAMAR PINKARD, SR.,** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| v. * | CASE NO.: **3:07-CV-735-WKW** |
| * | |
| **ADAM MELTON, et al.**, * | |
| * | |
| **Defendant.** * | |

### NOTICE OF APPEARANCE

Comes now **C. David Stubbs** and enters his Notice of Appearance on behalf of Defendants, Adam Melton, Donald Truitt and Benard Dean, in the above referenced cause.

Respectfully submitted this the 6th day of September, 2007.

    /s/ C. David Stubbs
**C. David Stubbs     (ASB-7248-U83C)**
Attorney for Defendants,
Adam Melton, Donald Truitt and Benard Dean

**OF COUNSEL**:
STUBBS, SILLS & FRYE, P.C.
P.O. Box 2023
Anniston, Alabama 36202
Telephone: (256) 835-5050
Facsimile: (256) 835-0011
Email: david-ssf@cableone.net

### CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The following people are not registered with the CM/ECF system and have been served via U.S. first class mail:

**Tony Lamar Pinkard, Sr.**
ROANOKE CITY JAIL
30 West Point Street
Roanoke, AL 36274

    /s/ C. David Stubbs
*OF COUNSEL*